JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABIA SHAHBAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FISHER-PRICE, INC. and MATTEL, INC.,<br><br>Defendants. | Case No. 2:24-cv-09174-MCS-PD<br><br>**TRANSFER ORDER (ECF No. 39)**<br><br>Ctrm:   7C<br>Judge:  Hon. Mark C. Scarsi<br><br>Date Action Filed:   10/24/2024 |

**ORDER**

The Court, having considered the Parties' Stipulation to Transfer Venue to the Western District of New York Pursuant to 28 U.S.C. § 1404 ("Stipulation"), and good cause appearing, HEREBY GRANTS the Stipulation and ORDERS that this case is hereby transferred to the United States District Court for the Western District of New York pursuant to 28 U.S.C. § 1404, and the Clerk is directed to take all steps necessary to effectuate transfer of this action to the United States District Court for the Western District of New York.

**IT IS SO ORDERED.**

Dated: November 27, 2024

_____
Mark C. Scarsi
United States District Judge